UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY PAUL OLMOS, named as Timothy Olmos, | No. 23-15685 PRO BONO |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-00034-GMS-JFM District of Arizona, Phoenix |
| v. | |
| MICHAEL CIMINO, named as Chief Probation Officer, Maricopa County Adult Probation Department; et al., | ORDER |
| Defendants-Appellees. | |

The motion (Docket Entry No. 118) to file supplemental excerpts of record is granted. The clerk will file the supplemental answering brief submitted at Docket Entry No. 119. The clerk will also file Docket Entry No. 120 as Volume 7 of appellees' supplemental excerpts of record.

The existing briefing schedule remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA121