UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 18 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY PAUL OLMOS, named as Timothy Olmos, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL CIMINO, named as Chief Probation Officer, Maricopa County Adult Probation Department; et al., <br><br> Defendants - Appellees. | No. 23-15685 <br><br> D.C. No. 2:20-cv-00034-GMS-JFM <br> U.S. District Court for Arizona, Phoenix <br><br> **ORDER** |

The answering brief submitted on December 17, 2025 and the supplemental excerpts of record submitted on December 17, 2025 by Erwinn Prieto and Armida Hernandez are filed.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT