UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 23-15685

**Case Name** Timothy Olmos v. Michael Cimino, et al

**Hearing Location** (*city*) San Francisco

**Your Name** Tyler Q. Swensen; Dennis I. Wilenchik

List the sitting dates for the two sitting months you were asked to review:

```
MAY 18 - 22
JUNE 8 - 12
JUNE 22 - 26
```

Do you have an unresolvable conflict on any of the above dates? ●Yes ○No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

We are scheduled to be in trial in Mohave County Superior Court Case No. S8015CV202400426, on June 10-12, 2026.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○Yes ●No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Dennis I. Wilenchik     **Date** 02/18/2026

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                              *New 12/01/2018*