UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TIMOTHY PAUL OLMOS, named as Timothy Olmos, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MICHAEL CIMINO, named as Chief Probation Officer, Maricopa County Adult Probation Department; et al., <br><br> Defendants - Appellees. | No. 23-15685 <br><br> D.C. No. 2:20-cv-00034-GMS-JFM <br> U.S. District Court for Arizona, Phoenix <br><br> **ORDER** |

The reply brief submitted on March 6, 2026 by Timothy Paul Olmos is filed.

No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT