UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| TIMOTHY PAUL OLMOS, named as Timothy Olmos,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>MICHAEL CIMINO, named as Chief Probation Officer, Maricopa County Adult Probation Department; et al.,<br><br>Defendants-Appellees. | No.  23-15685<br><br>D.C. No.<br>2:20-cv-00034-GMS-JFM<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Within 21 days of the date of this order, the parties shall file supplemental letter briefs addressing the following issues:

1. Does a conviction under A.R.S. § 13-1404 constitute a crime of violence? *See United States v. King*, 736 F.3d 805, 810 (9th Cir. 2013) ("We need not decide whether the Fourth Amendment permits suspicionless searches of . . . lower level offenders who have accepted a suspicionless-search condition, because those cases are not before us. . . . We hold only that a suspicionless search, conducted pursuant to a suspicionless-search condition of a violent felon's probation agreement, does not violate the Fourth Amendment.").

2. If the Arizona criminal code does not provide a dispositive answer to this

2

question, what alternative methodology should we apply to determine whether a conviction under A.R.S. § 13-1404 constitutes a crime of violence?

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2