# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

————————

No. 23-15685

————————

TIMOTHY PAUL OLMOS,

PLAINTIFF–APPELLANT,

V.

MICHAEL CIMINO, ET AL.,

DEFENDANTS–APPELLEES

————————

On Appeal from a Final Judgment of the
United States District Court for the District of Arizona
Case No. 20-cv-00034, Hon. G. Murray Snow

————————————————————————————

## JOINT MOTION TO EXTEND TIME
## TO FILE SUPPLEMENTAL BRIEF

**Appellant and Appellees**, by and through undersigned counsel, hereby respectfully petition this Court to extend the deadline for the Parties to file Supplemental Letter Briefs until May 5, 2026. The current deadline for the letter briefs is April 28, 2026.

In support of that request, the Parties note the following:

1. Appellant has received representation from the Boston University Appellate Clinic pursuant to this Court's *pro bono* program;

2. As part of the clinical experience, students have undertaken the primary work on this appeal pursuant to close attorney supervision;

3. As the student practice briefing schedule contemplates, student work requires more time than attorneys would take for the same tasks;

4. Supervising counsel has an amicus brief due April 27, and an oral argument at the Tenth Circuit on April 30;

5. Appellees' counsel has separately experienced unexpected medical issues, which has necessitated counsel substitution and redistribution of work on the case;

6. Counsel are cognizant, however, of the approaching oral argument, and the importance of getting letter briefs to the Court sufficiently in advance of that date;

7. In light of the foregoing, undersigned counsel requests a modest enlargement of time of 7 days, to May 5, 2026;

8. This request is joint, and does not prejudice any Party;

9. This is the first request for an extension of time, and the Parties do not anticipate asking for an additional extension;

In light of the joint nature of the motion and the cause shown, counsel respectfully request the extension described above. Counsel appreciates the consideration the Court.

Respectfully submitted,

/s/ Jim Davy
Jim Davy[1]
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

Date: April 23, 2026

---

[1] Jim Davy is temporarily supervising the Boston University Appellate Clinic as a Visiting Lecturer for the 2026 Spring Semester. He otherwise maintains an active practice of law before this Court and other U.S. Courts of Appeals. If it is possible, in this case only, for him to use a different counsel block without that affecting his appearances across other cases before the Court, he would use this:

Jim Davy
BOSTON UNIVERSITY
  APPELLATE CLINIC
765 Commonwealth Ave.,
  Suite 1304
Boston, MA 02115
(617) 835-0884
jimdavy@bu.edu

*/s/ Tyler Q. Swensen*
Dennis I. Wilenchik, Esq.
Tyler Q. Swensen, Esq.
WILENCHIK & BARTNESS, P.C.
2810 North Third Street
Phoenix, Arizona 85004
602-606-2810
admin@wb-law.com
diw@wb-law.com
tqs@wb-law.com

# CERTIFICATE OF SERVICE

I, Jim Davy, certify that on April 23, 2026, I caused a copy of this Joint Moton to Extend Time to be filed with the Clerk of Court and served on all counsel of record using the *CM/ECF* system.

Respectfully submitted,

/s/ Jim Davy
Jim Davy
ALL RISE TRIAL & APPELLATE
P.O. Box 15216
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

Dated: April 23, 2026