## Attachment to Acknowledgment of Hearing Notice

Eli O'Neal will be presenting oral argument for plaintiff-appellant Timothy Olmos. Mr. O'Neal is a student in the Boston University Appellate Clinic. Mr. O'Neal will present the entire 10-minute argument.