# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## Client Authorization for Law Student Representation
(Select ECF Filing Option "File a Client Authorization of Law School Representation")

This form is to be completed by the party for whom student(s) are rendering services.

If services are rendered for the Government, the form should be completed by the United States Attorney or other authorized representative of the government agency represented.

Docket No. | 23-15685

Case Title | Olmos v. Cimino

I authorize law student(s) enrolled at

(law school) | Boston University School of Law

under the supervision of | Madeline Meth

to appear in court or at other proceedings and to prepare documents on my behalf in the above referenced case.

Signature | _J.-z_

Date | 9 / 3 / 25

Name | Timothy Olmos, Inmate #196384

Address | Arizona State Prison - Kingman

A Huachuca Unit PO Box 6639

City | Kingman | State | AZ | Zip Code | 86402

Phone Number (for ex., 4153558000) | (928) 565-2460

Case: 23-15685, 05/09/2026, ID: 12952926, DktEntry: 140, Page 1 of 2

# Acknowledgement Certificate

This certificate is attached to a ___1___ page document dated _Sept 3, 2025_

Entitled _Case Title Olmos v. Cimino #23-15685_

Signer: _[signature]_         Date: _9 / 3 / 25_

Signer's identity verified by:         ADC identification # _196384_

State of Arizona

County of Mohave

Before me, Nancy Crisalli, a notary public, on this day _Sept 3, 2025_,

personally appeared before me, _Timothy Olmos_,

To be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same purpose and consideration therein expressed.

Given under my hand and seal of office.

_[signature]_                              _9-3-2025_

Nancy J. Crisalli, Arizona Notary Public         Date

Commission expires  February 9, 2029

Seal:

Nancy J Crisalli
Notary Public
Mohave County, Arizona
My Comm. Expires 02-09-29
Commission No. 679282

Case: 23-15685, 05/09/2026, ID: 12952926, DktEntry: 140, Page 2 of 2