WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street Phoenix, Arizona 85004

Telephone: 602-606-2810 Facsimile: 602-606-2811
Dennis I. Wilenchik, Esq. #005350
Tyler Q. Swensen, Esq. #015322
admin@wb-law.com
*Attorneys for Appellees*

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **Timothy Paul Olmos,**<br><br>**Plaintiff/Appellant,**<br><br>**v.**<br><br>**Michael Cimino, et. al,**<br><br>**Defendants/Appellees.** | **No. 23-15685**<br><br>**Case No. 2:20-cv-00034-PHX-GMS-JFM**<br>**U.S. District Court for Arizona, Phoenix**<br><br>**APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR FILING A PETITION FOR REHEARING** |

Appellees, by and through undersigned counsel and pursuant to Rules 26(b), 27, and 40, FRAP, respectfully request a thirty-day extension of time, through and including September 24, 2026, to a make determination whether to file a Petition for Rehearing and to prepare and file the same. This request is being made before expiration of the current filing deadline, is the first request for an extension relating to rehearing proceedings in this matter and is made in good faith and not for purposes of delay. Pursuant to Ninth Circuit Rule 27-1, undersigned counsel has contacted counsel for Appellant, Madeline Meth, Esq., regarding the requested extension who stated that Appellant has no objection to it.

This Motion is supported by the following Memorandum of Points and Authorities, which is incorporated herein by this reference.

**DATED** this 20th day of August, 2026.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Tyler Q. Swensen*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Appellees*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

On August 11, 2026, this Court issued its Memorandum vacating the Arizona District Court's grant of summary judgment in Appellees' favor and remanding this matter for further proceedings ("Memorandum"). The panel concluded (2-1) that a suspicionless search of Plaintiff's cellular telephone may have violated the Fourth Amendment and held that genuine disputes of material fact remain concerning both the legality of the search and the issue of consent.

The State has been overseeing undersigned counsel's representation of Appellees—who were State employees during the relevant events in this action—and is presently evaluating whether it wishes to seek rehearing *en banc* of the Memorandum decision. Making that determination, however, is a process that involves several levels of oversight and review by the Arizona Attorney General's Office and Arizona Governor's Office. That process is currently underway but will take more than the 14 days permitted under Rule to complete.

Therefore, additional time is needed to complete that review process and obtain a decision from the relevant State Offices as to whether a petition for rehearing should be filed. The issues addressed in the Memorandum are significant, as they involve recurring Fourth Amendment questions affecting probation

WILENCHIK & BARTNESS — A PROFESSIONAL CORPORATION

supervision, and were the subject of a substantive dissent from Judge Bea. Because the State's review and decision-making process cannot reasonably be completed before the current deadline expires on August 25, 2026, good cause exists for the requested extension.

**II. ARGUMENT**

Rule 40, FRAP, governs petitions for panel rehearing, as well as petitions for rehearing *en banc*. The current deadline for filing a petition for rehearing is August 25, 2026. Because this motion is being filed before the expiration of that deadline, it is timely under Rule 26(b), FRAP, and there is good cause to grant it.

As stated, additional time is needed to complete the governmental review and authorization process required to give undersigned counsel the "green light" to spend the time necessary to prepare and file a petition for rehearing. Authorization from the Arizona Solicitor General is needed before a petition for rehearing may be filed in this matter. Although that authorization requirement is an internal governmental procedure rather than a Ninth Circuit rule, it reflects the reality that the Arizona Solicitor General and others play important roles in supervising the government's appellate litigation and determining the fiscal and legal propriety of any proposed appellate strategy or action, as well as ensuring consistency in matters of substantial legal importance.

Undersigned counsel is currently preparing the materials necessary for governmental review, including an appeal evaluation addressing the panel's Memorandum and the legal issues presented by the case. That process is underway but cannot reasonably be completed before the current deadline expires. Additional time is therefore necessary to permit completion of the review process and to allow the appropriate governmental decisionmakers time to determine whether filing a petition for rehearing is appropriate/desired and should be authorized.

WB WILENCHIK & BARTNESS A PROFESSIONAL CORPORATION

Appellees are not seeking additional time simply to conduct legal research or revisit/reargue issues already decided by the Court, which this Court found was not good cause for an extension. *Anderson v. Knox*, 300 F.2d 296 (9th Cir. 1962). On the contrary, the extension is sought solely to allow the aforementioned State decisionmakers to make an informed decision whether or not to seek a rehearing on the Memorandum decision.

## III. CONCLUSION

For all the foregoing reasons, Appellees respectfully request that the Court extend the deadline for filing a Petition for Rehearing from August 25, 2026, to September 24, 2026.

**DATED** this 20th day of August, 2026.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis I. Wilenchik*
Dennis I. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Appellees*

WB WILENCHIK & BARTNESS A PROFESSIONAL CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th[th] day of August 2026, all Appellees hereby filed their Appellees' Unopposed Motion for Extension of Deadline for Filing a Petition for Rehearing and said Motion was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered.

Madeline Hennie Meth
Boston University School of Law Appellate Clinic
765 Commonwealth Ave. Suite 1304
Boston, MA 02215
*Attorney for Plaintiff/Appellant*
*Email: mmeth@bu.edu*

*/s/ Alice Nossett*

WILENCHIK & BARTNESS — A PROFESSIONAL CORPORATION