WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street Phoenix, Arizona 85004

Telephone: 602-606-2810 Facsimile: 602-606-2811

Dennis I. Wilenchik, Esq. #005350
Tyler Q. Swensen, Esq. #015322
admin@wb-law.com
*Attorneys for Appellees*

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **Timothy Paul Olmos,**<br><br>**Plaintiff/Appellant,**<br><br>**v.**<br><br>**Michael Cimino, et. al,**<br><br>**Defendants/Appellees.** | **No. 23-15685**<br><br>**Case No. 2:20-cv-00034-PHX-GMS-JFM**<br>**U.S. District Court for Arizona, Phoenix**<br><br>**APPELLEES' UNOPPOSED MOTION FOR SECOND EXTENSION OF DEADLINE FOR FILING A PETITION FOR REHEARING** |

Appellees, by and through undersigned counsel and pursuant to Rules 26(b), 27, and 40, FRAP, respectfully request an extension of time of ten (10) business days, through and including October 8, 2026, to file a Petition for Rehearing. This request is being made before expiration of the current filing deadline, is the second request for an extension relating to rehearing proceedings in this matter and is made in good faith and not for purposes of delay. Pursuant to Ninth Circuit Rule 27-1, undersigned counsel has contacted counsel for Appellant, Madeline Meth, Esq., regarding the requested extension who stated that Appellant has no objection to it.

This Motion is supported by the following Memorandum of Points and Authorities, which is incorporated herein by this reference.

**DATED** this 22nd day of September, 2026.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Tyler Q. Swensen*
Dennis I. Wilenchik, Esq.
Tyler Q. Swensen, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Appellees*

WILENCHIK & BARTNESS — A PROFESSIONAL CORPORATION —

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

The State has been evaluating whether it wishes to seek rehearing *en banc* of the Memorandum decision of this Court. Making that determination has involved several levels of oversight and review by the Arizona Attorney General's Office and Arizona Governor's Office. That process is taking longer than anticipated.

Therefore, additional time is needed to complete that review process and finalize and file the Petition for Rehearing En Banc. The issues addressed in the Memorandum are significant, as they involve recurring Fourth Amendment questions affecting probation supervision, and were the subject of a substantive dissent from Judge Bea. Because the State's review and decision-making process and the finalization of the Petition cannot be completed before the current deadline which expires on September 24, 2026, good cause exists for the requested extension.

### II. ARGUMENT

Rule 40, FRAP, governs petitions for panel rehearing, as well as petitions for rehearing *en banc*. The current deadline for filing a petition for rehearing is September 24, 2026. Because this motion is being filed before the expiration of that deadline, it is timely under Rule 26(b), FRAP, and there is good cause to grant it.

Authorization from the Arizona Solicitor General for the petition for rehearing is expected to occur within the next 7-10 days. Although that authorization requirement is an internal governmental procedure rather than a Ninth Circuit rule, it reflects the reality that the Arizona Solicitor General and others play important roles in supervising the government's appellate litigation and determining the fiscal and legal propriety of any proposed appellate strategy or action, as well as ensuring consistency in matters of substantial legal importance.

Undersigned counsel is currently preparing the draft Petition in anticipation of receiving authorization to file it, but that cannot reasonably be completed before the current deadline expires. Additional time is therefore necessary to obtain approval from the appropriate governmental decisionmakers and to finalize and file the Petition.

Appellees are not seeking additional time simply to conduct legal research or revisit/reargue issues already decided by the Court. On the contrary, the extension is sought solely to allow the aforementioned State decisionmakers to complete the authorization process.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION

## III. CONCLUSION

For all the foregoing reasons, Appellees respectfully request that the Court extend the deadline for filing a Petition for Rehearing from September 24, 2026 to October 8, 2026.

**DATED** this 22nd day of September, 2026.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Tyler Q. Swensen*
Dennis I. Wilenchik, Esq.
Tyler Q. Swensen, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com
*Attorneys for Appellees*

WB Wilenchik & Bartness — A Professional Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September 2026, all Appellees hereby filed their Appellees' Unopposed Motion for Second Extension of Deadline for Filing a Petition for Rehearing and said Motion was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the individuals registered.

Madeline Hennie Meth
Boston University School of Law Appellate Clinic
765 Commonwealth Ave. Suite 1304
Boston, MA 02215
*Attorney for Plaintiff/Appellant*
*Email: mmeth@bu.edu*

*/s/ Alice Nossett*

WILENCHIK & BARTNESS — A PROFESSIONAL CORPORATION