UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TIMOTHY PAUL OLMOS, named as Timothy Olmos,

Plaintiff-Appellant,

v.

MICHAEL CIMINO, named as Chief Probation Officer, Maricopa County Adult Probation Department; et al.,

Defendants-Appellees.

No. 23-15685

D.C. No.
2:20-cv-00034-GMS-JFM
District of Arizona,
Phoenix

ORDER

Before: WARDLAW, BEA, and SANCHEZ Circuit Judges.

Respondent's unopposed motion for an additional ten-day extension to file its petition for rehearing is **GRANTED**. Any petition for rehearing is due no later than October 8, 2026.

**IT IS SO ORDERED.**