UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TIMOTHY PAUL OLMOS, named as Timothy Olmos,

Plaintiff - Appellant,

v.

MICHAEL CIMINO, named as Chief Probation Officer, Maricopa County Adult Probation Department; et al.,

Defendants - Appellees.

No. 23-15685

D.C. No. 2:20-cv-00034-GMS-JFM
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered August 11, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT